CLIFFORD PASCOE et al., Doing Business as ARTEK-PASCOE, Respondents, v. ELECTROMATIC MANUFACTURING CORP., Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to respondents, with leave to the defendant to answer within ten days after service of a copy of the

order, with notice of entry thereof, upon payment of said costs. · The complaint is sufficient in alleging a guarantee against liability. Whether and to what extent the liability exists is to await trial. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ. [See 281 App. Div. 658.]